IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SHAYLA MCCLURE                                                                                  PLAINTIFF

VS.                            CASE NO. 2:20CV00164 BRW/PSH

ANDREW SAUL,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. The recommendation is unopposed. After careful review, the Court concludes approves and adopts the Findings and Recommendations in all respects.

Accordingly, this case is remanded for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 24th day of June, 2021.

                                                    Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE