IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SHAYLA MCCLURE                                                                    PLAINTIFF

VS.                           CASE NO. 2:20CV00164 BRW/PSH

ANDREW SAUL,
Commissioner, Social
Security Administration                                                           DEFENDANT

## JUDGMENT

Consistent with the Order filed today, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 24th day of June, 2021.

                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE